**FILED**

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0056

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0056

_____

BRANDON BAGNELL,

      Petitioner and Appellant,

  v.                                    O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to Brandon Bagnell, all counsel of record, and to the Honorable Molly Owen, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2022